**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                             )
**FOAD FARAHI**                              )
                                             )
        **Plaintiff**                        )
                                             )        **Civil Action No. 15-2122 (RBW)**
        **v.**                               )        **(ECF)**
                                             )
**FED. BUR. OF INVESTIGATION.**              )
                                             )
        **Defendant.**                       )
_____)

## ANSWER

Federal Bureau of Investigation, ("Defendant" or "FBI"), by and through the undersigned

counsel, respectfully submits this Answers plaintiff's Complaint as follows:

1.      This paragraph sets forth plaintiff's characterization of the nature of this action, to

which no response is required.

## JURISDICTION AND VENUE

2.      This paragraph contains plaintiff's allegations concerning jurisdiction and venue,

which are legal conclusions that do not require a response.   To the extent a response is required, it

is denied.

## PARTIES

3.      This paragraph describes the activities of plaintiff to which no response is required;

but insofar as an answer may be required, defendant lacks information sufficient to form a belief

about the truth of the allegations.

4.      Defendant admits that it is an agency of the Executive Branch of the U.S. government under 5 U.S.C. section 552(f)(1).   Defendant admits that the FBI is a component of the DOJ who is the proper party to this action.

## FACTUAL ALLEGATIONS

5.-12.   These paragraphs fail to allege facts relevant to plaintiff's claim for relief in this case and accordingly require no response.   To the extent that an answer is required, defendant denies the allegations.

13.      Defendant admits that on or about June 30, 2014, the FBI received a request from plaintiff seeking records under the Freedom of Information Act ("FOIA").   Defendant further admits that this FOIA request was assigned FIOA Request No. 1276672 and respectfully refers the Court to the plaintiff's cited letter for a full statement of its contents.

14.      Defendant admits that the FBI responded to FOIA Request No. 1276672 with a letter dated July 8, 2014, stating the request had been received and that the Central Records System was being searched.   Defendant respectfully refers the Court to the cited letter for a full statement of its contents.

15.      Defendant admits that the FBI responded to FOIA Request No. 1276672 with a letter dated August 6, 2014, stating that the FBI had located 10,750 pages of records and 80 CDs consisting of audio and video potentially responsive to plaintiff's FOIA request.   Defendant admits that the letter provided duplication cost information but that it stated no payment was required at the time of the letter.   Defendant respectfully refers the Court to the cited letter for a full statement of its contents.

16.      Defendant admits that plaintiff submitted a letter dated August 14, 2014 enclosing checks in the amounts of $320 and $1200 to cover expenses associated with the production of the

2

requested material.   Defendant further admits that it returned the above referenced checks to plaintiff by enclosing them in a letter dated August 18, 2014 to plaintiff.   Defendant respectfully refers the Court to the cited letters for a full statement of their contents.

17.     This paragraph describes the activities of plaintiff and fails to allege facts relevant to plaintiff's claim for relief in this case to which no response is required; but insofar as an answer may be required, defendant lacks information sufficient to form a belief about the truth of the allegations.

18.     Defendant admits that a negotiator from the FBI contacted plaintiff on December 3, 2014 at which time plaintiff declined to narrow the scope of the request.   All other allegations in this paragraph are denied.

19.     This paragraph describes the activities of plaintiff and fails to allege facts relevant to plaintiff's claim for relief in this case to which no response is required; but insofar as an answer may be required, defendant lacks information sufficient to form a belief about the truth of the allegations.

20.     Defendant admits that it sent plaintiff a letter dated November 4, 2015 advising that an analyst had been assigned.   Defendant respectfully refers the Court to the cited letters for a full statement of their contents.

21-23.  These paragraphs are denied.

24.     This paragraph repeats and realleges the allegations in previous paragraphs. Defendant repeats and realleges its previous responses to the cited paragraphs.

25.     This paragraph is denied.

## REQUESTED RELIEF

This section sets forth Plaintiff's prayer for relief to which no response is required.   To the extent a response is required, Defendant denies that Plaintiff is entitled to the relief requested.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

The complaint fails to state a claim on which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

Plaintiff failed to exhaust its administrative remedies before bringing this action.

### THIRD AFFIRMATIVE DEFENSE

The Court lacks subject matter jurisdiction over Plaintiff's request for relief to the extent that it exceeds the relief authorized by statute under FOIA, 5 U.S.C. § 552.

WHEREFORE, Defendant prays that this Court deny Plaintiff's claims for relief, enter judgment in favor of Defendant, award Defendant costs of suit incurred in defense of this action, and grant all such other and further relief as the Court deems proper.

February 22, 2016                    Respectfully submitted,

                                     CHANNING D. PHILLIPS, D.C. Bar No. 415793
                                     United States Attorney
                                     for the District of Columbia

                                     DANIEL F. VAN HORN, D.C. Bar # 924092
                                     Civil Chief

                                     By:____/s/_____
                                     KENNETH ADEBONOJO
                                     Assistant United States Attorney
                                     Judiciary Center Building
                                     555 4th Street, N.W. – Civil Division
                                     Washington, D.C.  20530
                                     Telephone: (202) 252-2562

4

**<u>CERTIFICATE OF SERVICE</u>**

I certify that I caused a copy of the foregoing Defendant's Answer to be served upon

Plaintiff's counsel via ECF.

           /s/

KENNETH ADEBONOJO
Assistant United States Attorney