**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| FOAD FARAHI,<br><br>     Plaintiff,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION,<br><br>     Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 15-2122 (RBW)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

In accordance with the Court's oral rulings at the status conference held on this same date, it is hereby

**ORDERED** that the FBI shall file a sealed memorandum on or before March 21, 2017, regarding (1) the type of investigation it is currently conducting regarding the plaintiff, (2) how long it expects the investigation to remain open, (3) why the investigation has remained open for as long as counsel for the plaintiff represented to the Court, and (4) why the production of documents in response to the plaintiff's Freedom Of Information Act request would jeopardize the investigation.  It is further

**ORDERED** that the parties shall appear for a status conference on March 23, 2017, at 11:30 a.m.

**SO ORDERED** this 7th day of March, 2017.

                                        REGGIE B. WALTON
                                        United States District Judge