UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FOAD FARAHI ) <br> ) <br> **Plaintiff** ) <br> ) <br> v. ) <br> ) <br> FED. BUR. OF INVESTIGATION, ) <br> ) <br> **Defendant.** ) <br> ) | Civil Action No. 15-2122 (RBW) <br> (ECF) |

MOTION TO ENLARGE TIME TO FILE A REPLY IN SUPPORT OF
CROSS MOTION FOR SUMMARY JUDGMENT

1. Pursuant to Fed. R. Civ. P. 6(b)(1)(A), Foad Farahi, ("Plaintiff"), by and through the undersigned counsel, respectfully requests an enlargement of time until April 30, 2020 to file a Reply in Support of Plaintiff's Cross Motion for Summary Judgement.

2. In support hereof, Plaintiff states the following good cause:

3. As this Court is well aware, this is an action under the Freedom of Information Act, 5 U.S.C. § 552, et seq. ("FOIA"), wherein Plaintiff submitted a request for records.

4. Defendant filed its Motion for Summary Judgment, ECF No. 37, and Plaintiff filed his Opposition. ECF No. 39. Defendant's Reply was due on February 24, 2020, and Plaintiff's Reply in Support of Cross Motion for Summary Judgment is due on April 3, 2020.

5. Defendant sought an Enlargement, ECF No. 40, and was given until March 17 to file their Reply, which was filed on March 17, 2020. ECF No. 41.

6. At the time the Defendant counsel, Mr. Adebonojo, conferred with the Plaintiff regarding their request for an enlargement, Defendant indicated they would have no problem, should Plaintiff request and enlargement of the April 3 due date for their Reply, to April 30, 2020.

7. On March 15, due to the COVID-19 global pandemic, Dallas County, Texas, the location of Plaintiff's office, issued a "shelter at home" order requiring non-essential business to

1

remain at home. Since that time, Plaintiff's counsel has been conducting business remotely from home. On March 17, the U.S. District Court for the District of Columbia issued Standing Order No. 20-9, recognizing the severity of the COVID-19 pandemic, likewise put in place restrictions and modification to the court's operations in response to the COVID-19 pandemic.

8. The undersigned respectfully request this enlargement because Counsel for Plaintiff has not had an adequate opportunity to review and draft the Reply, in light of the added time/later filing date granted to the Defendant for their Reply, and the added upheaval of the COVID-19 pandemic and the impact of efficiently working from a new location has had on counsel's practice.

9. Pursuant to LCvR 7(m), the undersigned conferred with Defense Counsel back in February as to the suggested April 30 date, and counsel consented to this request.

WHEREFORE, Plaintiff respectfully requests that the Court grant this request.

/s/ *Charles Swift*
CHARLES SWIFT, Esq., D.C. Bar # 987353
Attorney for Plaintiff, Foad Farahi
Constitutional Law Ctr. for Muslims in America
833 East Arapaho Road, Suite 102
Richardson, Texas 75081
Phone: (972) 914-2507

### CERTIFICATE OF SERVICE

I certify that, on this day, March 31, 2020, I caused a copy of the foregoing Motion to Enlarge Time to be served upon Defendant's counsel via ECF.

_____/s/_____
CHARLES SWIFT