UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FOAD FARAHI ) | |
| ) | |
| Plaintiff ) | |
| ) | Civil Action No. 15-2122 (RBW) |
| v. ) | (ECF) |
| ) | |
| FED. BUR. OF INVESTIGATION, ) | |
| ) | |
| Defendant. ) | |

## MOTION FOR ENLARGEMENT OF STATUS HEARING

Foad Farahi ("Plaintiff"), by and through the undersigned counsel, respectfully moves the Court, pursuant to Fed. R. Civ. P. 6, for an Enlargement of Status Hearing, currently scheduled for October 9, 2020, at 11:00 a.m. The original Status Conference Hearing date was set on June 10, 2020, however, on June 4, 2020, this Court re-set it to October 9, 2020.

Good cause exists to grant this motion. Counsel for Plaintiff has a conflict (pre-scheduled family commitment) with the October 9, 2020 date, and respectfully requests that the Status Conference date be re-set to any day *after and including* October 16, 2020. Counsel is available through the end of the year at this point (but for an already scheduled sentencing hearing on November 16, 2020, in U.S. District Court for the Central District of California).

Counsel for the Plaintiff reached out to counsel for the FBI, Kenneth Adebonojo, on June 9, 2020, requesting the government's position to our request for an enlargement of this hearing. To date, we have heard no response back from the government as to their position.

This motion is not for purposes of delay but for good cause shown.

1

Counsel for the Plaintiff respectfully move that this Court re-set the Status Conference currently scheduled for October 9, 2020.

June 22, 2020                             Respectfully submitted,

/s/ *Charles Swift*
CHARLES SWIFT, Esq., D.C. Bar # 987353
Constitutional Law Ctr. for Muslims in America
833 East Arapaho Road, Suite 102
Richardson, Texas 75081
Phone: (972) 914-2507

## CERTIFICATE OF SERVICE

I certify that, on this day, June 22, 2020, I caused a copy of the foregoing Motion to Enlarge Status Conference Hearing to be served upon Defendant's counsel via ECF.

/s/
CHARLES SWIFT