## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FOAD FARAHI ) | |
| ) | |
| Plaintiff ) | |
| ) | Civil Action No. 15-2122 (RBW) |
| v. ) | (ECF) |
| ) | |
| FED. BUR. OF INVESTIGATION, ) | |
| ) | |
| Defendant. ) | |
| ) | |

### MOTION FOR TELEPHONIC/VIDEO APPEARANCE, OR IN THE ALTERNATIVE, ENLARGEMENT OF STATUS HEARING

Foad Farahi ("Plaintiff"), by and through the undersigned counsel, respectfully moves this Court to be allowed to appear telephonically (or by video) for the Status Conference Hearing, currently scheduled for March 5, 2021. In the alternative, Counsel for Plaintiff moves for an Enlargement of Status Conference Hearing, pursuant to Fed. R. Civ. P. 6, should a telephonic or video appearance not be granted. The original Status Conference Hearing date was set on June 10, 2020. On June 4, 2020, this Court re-set it to October 9, 2020. Counsel had a conflict on October 9, 2020, so the hearing was rescheduled by agreement to November 2, 2020. On October 20, 2020, this Court reset the Status Conference Hearing to March 5, 2021.

Good cause exists to grant this motion. Counsel for Plaintiff has a conflict (pre-scheduled, pre-paid, family vacation) on March 5, 2021, and respectfully requests that he be allowed to appear telephonically or by video conference on March 5, 2021.

Counsel is aware that there is a General Order dated September 14, 2020, that provides for video conferences in light of COVID-19, however, Counsel is unaware if this Order will still be in effect next March, 2021. As such, in an abundance of caution, Counsel for the Plaintiff is

1

requesting to appear for this hearing in an alternative manner.  If the Court requires and in person appearance by all counsel, Counsel for Plaintiff requests that the Status Conference date be re-set to any day *after and including* March 9, 2021.  Counsel is available through the end of the month of March 2021 for an alternative hearing date, and counsel for the FBI, Kenneth Adabonojo, has not indicated he has any conflicts during this time, either.

This motion is not for purposes of delay but for good cause shown.

Counsel for the FBI, Mr. Adebonojo has no objections to this motion.

Counsel for the Plaintiff respectfully move that this Court allow for telephonic/video presence or in the alternative, moves that this Court re-set the Status Conference currently scheduled for March 5, 2021, to a date following March 9, 2021.

Respectfully submitted this October 30, 2020,

/s/ *Charles Swift*
CHARLES SWIFT, Esq., D.C. Bar # 987353
Counsel for Plaintiff, Foad Farahi
Constitutional Law Ctr. for Muslims in America
833 East Arapaho Road, Suite 102
Richardson, Texas 75081
Phone: (972) 914-2507

**CERTIFICATE OF SERVICE**

I certify that, on this day, October 30, 2020, I caused a copy of the foregoing Motion For Telephonic/Video Appearance, or in the Alternative, Enlargement of Status Hearing to be served upon Defendant's counsel via ECF.

/s/ *Charles Swift*
Counsel for Plaintiff, Foad Farahi