UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| FOAD FARAHI )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>FED. BUR. OF INVESTIGATION, )<br>)<br>Defendant. )<br>) | Civil Action No. 15-2122 (RBW)<br>(ECF)<br><br>(PROPOSED) ORDER |

Based on the Motion by the Defense allow for appearance via telephone/video conference at the March 5, 2021 Status Conference Hearing, or in the alternative to have the Status Conference Hearing reset to a later date in March, after March 9, 2021, it is

HEREBY ORDERED THAT

\_\_\_\_ Counsel for the Plaintiff may appear for the March 5, 2021 hearing by via telephone or videoconference.

OR

HEREBY ORDERED THAT

\_\_\_\_ The Status Conference Hearing is re-set to March \_\_\_\_\_, 2021, at _____a.m./p.m.

IT IS SO ORDERED

_____
HON. JUDGE REGINALD B. WALTON

1