UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FOAD FARAHI ) <br> ) <br> Plaintiff ) <br> ) <br> v. ) <br> ) <br> FED. BUR. OF INVESTIGATION. ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 15-2122 (RBW) <br> (ECF) |

## MOTION TO CONTINUE STATUS CONFERENCE

The Federal Bureau of Investigation, ("Defendant"), by and through the undersigned counsel, respectfully moves for a continuance of the Status Conference currently scheduled for December 1, 2022, at 11am. In support hereof, Defendant states the following good cause:

1. In this action under the Freedom of Information Act, 5 U.S.C. § 552, *et seq*. ("FOIA"), the Court had scheduled a status conference for the above-referenced date. *See* Minute Order entered on September 13, 2022. Subsequently, the Court denied Defendant's Motion for Summary Judgment without prejudice. *See* ECF No. 49.

2. Defendant is not sure whether the Court's subsequent summary judgment ruling obviates the need for the status conference currently scheduled for December 1, 2022, at 11am. If it does not, the undersigned is constrained to request this continuance because he will on leave starting next week until the first week of December.

3. The undersigned conferred with Opposing Counsel who graciously consented and indicated that he is available all day on December 12, 14, and 15, 2022. If those dates do not work for the Court, the undersigned respectfully suggests that the Court consider days during or

1

after the third week of January 2023.

      WHEREFORE, Defendant respectfully requests that the Court grant this request. A proposed Order reflecting the requested relief is respectfully attached for the Court's consideration, but a Minute Order would be just as welcome if the Court prefers.

November 15, 2022                      Respectfully submitted,

                                  MATTHEW M. GRAVES, D.C. Bar #481052
                                  United States Attorney

                                  BRIAN P. HUDAK
                                  Chief, Civil Division

                                  By:    /s/
                                  KENNETH ADEBONOJO
                                  Assistant United States Attorney
                                  Judiciary Center Building
                                  601 D Street, N.W. – Civil Division
                                  Washington, D.C. 20530
                                  Telephone: (202) 252-2562

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **FOAD FARAHI** | ) | |
| Plaintiff | ) ) ) | |
| v. | ) ) | Civil Action No. 15-2122 (RBW) (ECF) |
| **FED. BUR. OF INVESTIGATION.** | ) ) ) | |
| Defendant. | ) ) | |

### ORDER

After considering this motion, the record herein, and applicable law,

it is this _____ day of _____, 201_, hereby

**ORDERED**, that the Defendant's motion is hereby GRANTED; and it is

**FURTHER ORDERED**, that the Status Conference scheduled for 11am on December 1, 2022, is hereby VACATED/CONTINUED until ___ day of _____, 202_.

_____
HON. REGGIE B. WALTON, U.S.D.J.

DATE

**CERTIFICATE OF SERVICE**

I certify that I caused a copy of the foregoing Defendant's Motion to Continue to be served upon Plaintiff's counsel via ECF.

/s/
KENNETH ADEBONOJO
Assistant United States Attorney