UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FOAD FARAHI,<br><br>      Plaintiff,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 15-2122 (RBW)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

In accordance with the oral rulings issued by the Court at the status conference held on February 3, 2023, via teleconference, it is hereby

**ORDERED** that, on or before March 31, 2023, the defendant shall file a renewed motion for summary judgment, as well as the additional materials requested by the Court in its sealed, ex parte Order.  It is further

**ORDERED** that, on or before May 1, 2023, the plaintiff shall file his opposition to the defendant's renewed motion for summary judgment.  It is further

**ORDERED** that, on or before May 12, 2023, the defendant shall file its reply in support of its renewed motion for summary judgment.  It is further

**ORDERED** that, on August 18, 2023, at 9:00 a.m., the parties shall appear before the Court for a status conference via teleconference by calling 1-877-873-8017 and entering the Court's access code (8583213) followed by the pound key (#).  This status conference will serve as a target date for the resolution of the defendant's forthcoming renewed motion for summary

judgment. In the event that the Court is unable to resolve the motion by this date, the parties will be advised in advance that the status conference will be continued to a later date.

    **SO ORDERED** this 3rd day of February, 2023.

REGGIE B. WALTON  
United States District Judge
